SMITH ET AL. *v.* BOARD OF COMMISSIONERS OF
HUNTINGTON COUNTY.

[No. 18,628.    Filed Nov. 1, 1898.    Rehearing denied April 5, 1899.]

From the Huntington Circuit Court.    *Affirmed.*

*B. M. Cobb*, for appellants.

*O. M. Whitelock* and *S. E. Cook*, for appellee.

JORDAN, J.—This is an appeal from the judgment of the Hunt-
ington Circuit Court, in a proceeding instituted by the appellee to
obtain an additional assessment to meet a deficit in the cost
arising out of the improvement of a certain highway, under sec-
tions 5091, 5092 R. S. 1881, sections 5091, 5092 Horner 1897.

There was a remonstrance filed by appellants, a trial by the
court, and a special finding of facts and conclusions of law there-
on in favor of appellee, and judgment was rendered accordingly.

The same questions are involved in this case and are presented
in like manner as in the appeal of *Kline* v. *Board*, etc., *ante*, 321,
and upon the authority of the decision in that cause, the judgment
below must be and is affirmed.